IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 09-cv-02122-REB-MEH

SILICON VALLEY BANK, a California corporation,

    Plaintiff,

v.

NORTHWEST DIRECT TELESERVICES, INC., an Oregon corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before me is the **Stipulated Dismissal of Action** [#16] filed April 8, 2010. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed without prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulated Dismissal of Action** [#16] filed April 8, 2010, is **APPROVED**;

    2. That any pending motion is **DENIED** as moot; and

    3. That this action is **DISMISSED WITHOUT PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated April 8, 2010, at Denver, Colorado.

                                               **BY THE COURT:**

                                               Robert E. Blackburn
                                               United States District Judge